No. 05-5340. JOHNSON *v.* JACQUES FERBER, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 05-5342. MCELROY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 05-5343. JOHNSON *v.* BULLARD, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 05-5344. LOPEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05-5345. MOORE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05-5346. PATTERSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05-5347. ZELADA-HERNANDEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 05-5348. TOLBERT *v.* EVANS, ACTING WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮ ▮▮▮▮

No. 05-5349. WILLIAMS *v.* PRISON HEALTH SYSTEMS ET AL. C. A. 10th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮ ▮▮▮▮

No. 05-5350. SANDERS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 05-5351. RISBY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05-5353. ROWE *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Dist. Ct. App. Fla., 2d Dist. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 05-5354. CRUTCHER ET AL. *v.* UNITED STATES; and CRUTCHER ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE. C. A. 6th Cir. Certiorari denied.

No. 05-5355. ACUNA-CARBAJAL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮